UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF GARY M. HOLWIG, ESTATE OF
GRETCHEN A. HOLWIG, WILLIAM M. HOLWIG,
WILLIAM GUY HOLWIG, CHRISTINE C. POTVIN,
MICHAEL E. POTVIN, JULIE C. POTVIN, and
CITIZENS INSURANCE COMPANY OF AMERICA,

        Plaintiffs,        CIVIL ACTION NO. 06-12017
                                  HONORABLE DENISE PAGE HOOD
v.

SUNBEAM PRODUCTS, INCORPORATED,

        Defendant.
_____/

## ORDER DISMISSING CITIZENS INSURANCE'S SUBROGATION CLAIMS AGAINST DEFENDANT

Pursuant to the Joint Final Pretrial Order submitted by the parties, the Court having been informed that Plaintiff Citizens Insurance Company of America's subrogation claims against Defendant Sunbeam Products, Incorporated have been resolved,

IT IS ORDERED that Plaintiff Citizens Insurance Company of America's claims against Defendant is DISMISSED.

                                            *s/ DENISE PAGE HOOD*
                                            Honorable Denise Page Hood
                                            United States District Judge

Dated: November 19, 2007