UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF GARY M. HOLWIG, ESTATE OF
GRETCHEN A. HOLWIG, WILLIAM M. HOLWIG,
WILLIAM GUY HOLWIG, CHRISTINE C. POTVIN,
MICHAEL E. POTVIN, JULIE C. POTVIN, and
CITIZENS INSURANCE COMPANY OF AMERICA,

        Plaintiffs,                    CIVIL ACTION NO. 06-12017
                                            HONORABLE DENISE PAGE HOOD
v.

SUNBEAM PRODUCTS, INCORPORATED,

        Defendant.
_____/

## JUDGMENT

This action having come before the Court and a jury, the issues having been duly tried and the jury having duly rendered its verdict on November 16, 2007, accordingly,

Judgment is entered in favor of Defendant and against Plaintiffs, Estate of Guy M. Holwig, Estate of Gretchen A. Holwig and William Guy Holwig, of no cause of action.

Judgment is entered in favor of the remaining Plaintiffs and against Defendant as follows: William M. Holwig for $2,500.00 in economic damages and $25,000.00 in non-economic damages; Christine Potvin for $40,000.00 in non-economic damages; Michel E. Potvin for $3,000.00 in non-economic damages; and Julie C. Potvin for $5,000.00 in non-economic damages.

The prevailing party is entitled to any costs and interest as provided by law.

                                                               DAVID J. WEAVER
                                                               CLERK OF COURT

Approved:                                          By: s/ Wm. F. LEWIS
                                                               Deputy Clerk

s/ DENISE PAGE HOOD
Denise Page Hood
United States District Judge
DATED: November 19, 2007
Detroit, Michigan